UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT LOUGH,

        Plaintiff,

v.

DEPARTMENT OF SOCIAL AND
HEALTH SERVICES, *et al.*,

        Defendants.

CASE NO. 3:19-cv-05543 RJB-JRC

REPORT AND RECOMMENDATION

NOTED FOR: **November 1, 2019**

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR1, MJR3 and MJR4.

Before the Court is plaintiff's motion to voluntarily dismiss his lawsuit. *See* Dkt. 6. The Court recommends granting plaintiff's motion and dismissing this action without prejudice.

///

///

///

REPORT AND RECOMMENDATION - 1

## DISCUSSION

Plaintiff, who proceeds *pro se*, initiated this action in June 2019. *See* Dkt. 1. The Court ordered plaintiff to amend his proposed complaint, which appeared to be directed to a superior court in Washington State, to show that this Court had proper jurisdiction and venue. *See* Dkt. 5. The Court also re-noted plaintiff's *in forma pauperis* application for August 30, 2019. *See* Dkt. 5, at 2. In response to this Court's Order to amend his proposed complaint, plaintiff filed a motion to withdraw his complaint without prejudice. *See* Dkt. 6.

Federal Rule of Civil Procedure 41 allows a plaintiff to dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Unless stated otherwise in the notice, the dismissal is without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B). "[I]f the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits." Fed. R. Civ. P. 41(a)(1)(B).

Here, no opposing party has appeared—indeed the motion to proceed *in forma pauperis* has not been decided yet—so that plaintiff should be allowed to voluntarily dismiss the matter without prejudice. The undersigned is aware of no other federal- or state-court action based on or including the same claim that has been dismissed.

## CONCLUSION

The undersigned recommends that plaintiff's motion to withdraw his complaint without prejudice (Dkt. 6) be granted, that this matter be dismissed without prejudice, and that the case be closed.

1 | Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
2 | fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
3 | 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
4 | review by the district judge (*see* 28 U.S.C. § 636(b)(1)(C)) and can result in a result in a waiver
5 | of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*
6 | *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
7 | imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **November 1,**
8 | **2019**, as noted in the caption.
9 | Dated this 17th day of October, 2019.

J. Richard Creatura
United States Magistrate Judge