UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT LOUGH,

           Plaintiff,

   v.

DEPARTMENT OF SOCIAL AND
HEALTH SERVICES, *et al.*,

           Defendants.

CASE NO. 3:19-cv-05543 RJB-JRC

ORDER ADOPTING REPORT AND
RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J.

Richard Creatura, any objections to the Report and Recommendation, and the remaining record,

does hereby find and **ORDER** that the Report and Recommendation (Dkt. 7) is **ADOPTED** and

that the matter is dismissed without prejudice. The Clerk shall close the case and shall send

copies of this Order to plaintiff and to Magistrate Judge Creatura.

    Dated this 4th day of November, 2019.

ROBERT J. BRYAN
United States District Judge